Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

RECEIVED
JAN 2 4 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA


FILED
JAN 1 8 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Trustee in Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Oakland

| In re: | Case No. 09-72519 RN |
|---|---|
| GONZALES, RALPH VEGA<br>GONZALES, CHRISTINE ANNE | Chapter 7 |
|  | NOTICE OF SMALL DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3010(a), the trustee in the above-captioned case hereby turns over to the Court, Small Dividends in the amount of . The names and addresses of those entitled to the Small Dividends treated as unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 6 | TA ROSS COLLECTIONS | 46.75 | 1.01 |

Dated: January 14, 2011

_____
Paul J Mansdorf, TRUSTEE

Case: 09-72519   Doc# 40   Filed: 01/18/11   Entered: 01/24/11 17:05:35   Page 1 of 1